**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-2053-LPS ) |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION AND [PROPOSED] ORDER**

This stipulation is made by and between Novartis Pharmaceuticals Corporation ("Plaintiff"); and Mylan Pharmeceuticals Inc., Mylan Inc., and Mylan Laboratories Limited (collectively, "the Mylan Defendants").

WHEREAS Plaintiff on October 29, 2019 filed suit against the Mylan Defendants in the above-captioned case (the "Delaware Action", defined to include this action, any action that may result from case consolidation, or any lead case with which that action is associated);

WHEREAS Plaintiff on October 30, 2019 brought a concurrent action against the Mylan Defendants in the U.S. District Court for the Northern District of West Virginia having Civil Action No. 19-cv-201-IMK (the "West Virginia Action");

WHEREAS, in MDL No. 2930, Plaintiff has moved the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to transfer and consolidate the West Virginia Action for pretrial proceedings in Delaware;

WHEREAS, the Mylan Defendants have filed a notice of non-opposition in MDL No. 2930 to Plaintiff's motion to transfer and consolidate the West Virginia Action in Delaware for pretrial proceedings; and

NOW THEREFORE Plaintiff and the Mylan Defendants, subject to the approval of the Court, stipulate and agree as follows:

1. Plaintiff hereby dismisses without prejudice its claims against the Mylan Defendants in the Delaware Action pursuant to Fed. R. Civ. P. 41(a)(2).

This 5th day of February, 2020

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ David E. Moore* |
| Daniel M. Silver (#4758) | David E. Moore (#3983) |
| Alexandra M. Joyce (#6423) | Bindu A. Palapura (#5370) |
| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CARROON LLP |
| Renaissance Centre | Hercules Plaza, 6th Floor |
| 405 N. King Street, 8th Floor | 1313 North Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 984-6000 |
| dsilver@mccarter.com | dmoore@potteranderson.com |
| ajoyce@mccarter.com | bpalapura@potteranderson.com |
| | |
| *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | *Attorneys for Mylan Pharmaceuticals Inc., Mylan Inc. and Mylan Laboratories Limited* |

IT IS SO ORDERED this ___ day of February, 2020.

_____
U.S.D.J.

6566446/49717