# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>    Defendants. | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>    Defendants. | C.A. No. 19-2053-RGA |

ME1 49340610v.2

**[PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S <u>MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES</u>**

The Court having considered the Joint Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of _____ 2024 that:

1. The Motion is GRANTED;

2. For purposes of the August 9, 2024 hearing in the above-captioned cases, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Nicholas Kallas, VENABLE LLP
- Christina Schwarz, VENABLE LLP
- Christopher Loh, VENABLE LLP
- Jared Stringham, VENABLE LLP
- Gregory Manas, VENABLE LLP
- Brian Robinson, Novartis
- Robert Stanley, Novartis
- Jean Silveri, Novartis
- Richard Juang, Daignault Iyer LLP
- Ronald M. Daignault, Daignault Iyer LLP
- Kondal Reddy Bairy, MSN
- Rakesh Sappa Sri Siva, MSN
- Scott Aaron, BlueBear Solutions, Inc.

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
UNITED STATES DISTRICT COURT JUDGE