## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>     Defendants. | C.A. No. 22-1395-RGA |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>     Defendants. | C.A. No. 19-2053-RGA |

ME1 49340610v.2

**ORDER GRANTING MOTION FOR EXEMPTION OF
PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Joint Motion for Exemption of Persons from the District

of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this ____6th____ day of ____August____ 2024 that:

1.       The Motion is GRANTED in part and DENIED in part;

2.       For purposes of the August 9, 2024 hearing in the above-captioned cases, the

following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and

shall be permitted to retain and use their personal electronic devices:

- Nicholas Kallas, VENABLE LLP
- Christina Schwarz, VENABLE LLP
- Christopher Loh, VENABLE LLP
- Jared Stringham, VENABLE LLP
- Gregory Manas, VENABLE LLP
- Richard Juang, Daignault Iyer LLP
- Ronald M. Daignault, Daignault Iyer LLP
- Scott Aaron, BlueBear Solutions, Inc.

3.       The persons listed in Paragraph 2 above shall present this Order, along with a

valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal

Building and United States Courthouse.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT COURT JUDGE

2