# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on August 2, 2024, Novartis filed a Motion for Preliminary Injunction

ME1 49352393v.1

against MSN and a Motion for a Rule 62(d) Injunction Pending Appeal and Temporary Restraining Order Pending Resolution of the Motion and supporting documents under seal because these filings contained information that has been designated as confidential or highly confidential under the protective order by one or both of Novartis and MSN;

WHEREAS, the parties believe and expect that certain of MSN's responsive submissions will also be filed under seal on August 6, 2024 for the same reasons;

WHEREAS, in order to allow the parties sufficient time to review and confer with each other regarding redactions to the motions and related papers, Novartis and MSN have agreed to an extension of time for deadlines related to filing redactions;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the deadline to file public, redacted versions of the following documents is extended to and including **August 20, 2024**:

1. Novartis's Motion for Preliminary Injunction against MSN, Opening Brief, Appendix Volumes 1-4, and Declarations (D.I. Nos. 1422-1431 in C.A. No. 20-md-2930);

2. Novartis's Motion for a Rule 62(d) Injunction Pending Appeal and Temporary Restraining Order Pending Resolution of this Motion, Opening Brief, Appendix, and Declaration (D.I. Nos. 1432-1435 in C.A. No. 20-md-2930);

3. MSN's Answering Brief in Opposition to Novartis's Motion for Preliminary Injunction against MSN, and supporting materials; and

4. MSN's Answering Brief in Opposition to Novartis's Motion for a Rule 62(d) Injunction Pending Appeal and Temporary Restraining Order Pending Resolution of this Motion, and supporting materials.

Dated: August 6, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | STAMOULIS & WEINBLATT LLC |
| /s/ Alexandra M. Joyce | /s/ Richard C. Weinblatt |
| Daniel M. Silver (#4758) | Stamatios Stamoulis (#4606) |
| Alexandra M. Joyce (#6423) | Richard C. Weinblatt (#5080) |
| Renaissance Centre | 800 N West Street, Third Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19809 |
| Wilmington, Delaware 19801 | (302) 999-1540 |
| (302) 984-6300 | stamoulis@swdelaw.com weinblatt@swdelaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants* |
| | *MSN Pharmaceuticals Inc., MSN Laboratories.* |
| *Attorneys for Plaintiff* | |
| *Novartis Pharmaceuticals Corporation* | |

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE