# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | Civil Action No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, and MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>Defendants. | Civil Action No. 19-2053-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., and NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | Civil Action No. 22-cv-1395-RGA |

## ORDER

As stated at the August 9, 2024 hearing, Plaintiff Novartis Pharmaceuticals Corporation and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited are ordered to maintain the status quo until the Court issues its

decisions on the pending motions seeking injunctive relief. (MDL No. 20-2930, D.I. 1422, 1423).

IT IS SO ORDERED.

Entered this **9th** day of August, 2024

*/s/ Richard G. Andrews*
United States District Judge