# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>Defendants. | C.A. No. 19-2053-RGA |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation appeals to the United States Court of Appeals for the Federal Circuit from the August 12, 2024 denial of Novartis's Motion for a Rule 62(d) Injunction Pending Appeal and Temporary Restraining Order Pending Resolution of this Motion (D.I. 1457 in 20-md-2930 RGA; D.I. 433 in 19-2053-RGA), and from all orders, opinions, decisions, and rulings prior to the entry of the order that merge therein. Payment of the required fees is provided with this notice. This case is currently pending on appeal to the Federal Circuit (and is fully briefed and awaiting argument) as Federal Circuit Nos. 2023-2218, 2023-2219, 2023-2220, and 2023-2221.  Novartis files this notice to comply with today's order from this Court.

ME1 49415751v.1

| | |
|---|---|
| Date: August 12, 2024 | McCARTER & ENGLISH, LLP |
| | |
| | */s/ Daniel M. Silver*  |
| | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| OF COUNSEL: | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| Nicholas N. Kallas | Wilmington, Delaware 19801 |
| Christina Schwarz | (302) 984-6300 |
| Christopher E. Loh | dsilver@mccarter.com |
| Jared L. Stringham | ajoyce@mccarter.com |
| VENABLE LLP | |
| 151 West 42nd Street | *Attorneys for Plaintiff Novartis* |
| New York, New York 10036 | *Pharmaceuticals Corporation* |
| (212) 307-5500 | |
| nkallas@venable.com | |
| cschwarz@venable.com | |
| cloh@venable.com | |
| jlstringham@venable.com | |

ME1 49415751v.1